*Judgment reversed. All the Justices concur, except Hill, J., who concurs in the judgment only.*

ARGUED SEPTEMBER 10, 1979 — DECIDED OCTOBER 2, 1979 — REHEARING DENIED OCTOBER 16, 1979.

*Ashman & Zipperer, Lee Darragh, Charles R. Ashman,* for appellant.

*Jones, Osteen & Jones, Charles M. Jones, Billy N. Jones,* for appellee.

## 35188. NATIONWIDE FINANCIAL CORPORATION OF GEORGIA v. BANKS.

Judgment affirmed without opinion pursuant to Rule 59.

*All the Justices concur.*

ARGUED SEPTEMBER 11, 1979 — DECIDED SEPTEMBER 26, 1979 — REHEARING DENIED OCTOBER 16, 1979.

*Jones & Clark, Thomas H. Knuth,* for appellant.
*Joseph Szczecko,* for appellee.

## 35204. NODVIN v. NODVIN.

Judgment affirmed without opinion pursuant to Rule 59.

*All the Justices concur.*

SUBMITTED AUGUST 30, 1979 — DECIDED SEPTEMBER 26, 1979 — REHEARING DENIED OCTOBER 16, 1979.

*Worozbyt & Nodvin, Marvin P. Nodvin, J. Steven*

*Cheatwood,* for appellant.
*Macy & Zusmann, George S. Stern,* for appellee.

## 35207. SHUMAN v. SHUMAN.

Judgment affirmed without opinion pursuant to Rule 59.
*All the Justices concur.*

ARGUED SEPTEMBER 12, 1979 — DECIDED SEPTEMBER 26, 1979 — REHEARING DENIED OCTOBER 16, 1979.

*George G. Finch, G. Robert Howard,* for appellant.
*Howard & Gilliland, Pierre Howard, Jr.,* for appellee.

## 35223. GREER v. GREER.

Judgment affirmed without opinion pursuant to Rule 59.
*All the Justices concur.*

SUBMITTED AUGUST 30, 1979 — DECIDED SEPTEMBER 26, 1979 — REHEARING DENIED OCTOBER 16, 1979.

*Black & Black, Eugene C. Black, Jr.,* for appellant.
*Leonard J. Spooner,* for appellee.